



# MEMORANDUM OPINION

No. 04-10-00047-CV

In the Interest of **S.S.C.**, a Child

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-11744
Honorable David Peeples, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
              Phylis J. Speedlin, Justice
              Rebecca Simmons, Justice

Delivered and Filed: July 21, 2010

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to appellee, who has not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellant. *See id.* 42.1(d).

PER CURIAM